UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAREEDAH MCNEILL *on behalf of her minor children, M.M. and K.M. and on behalf of all other similarly situated*,<br><br>Plaintiff,<br><br>-v-<br><br>BRAINPOP LLC,<br><br>Defendant. | 26 Civ. 9140 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

On October 22, 2026, plaintiff Fareedah McNeill sealed the initial complaint, Dkt. 1 ("initial complaint"), without seeking leave of the Court and filed a revised complaint on the public docket, Dkt. 6. The Court directs McNeill, by Wednesday, November 4, 2026, to show cause why the initial complaint should not be unsealed. McNeill should identify the legal and factual bases for maintaining the initial complaint under seal, addressing the presumption of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–24 (2d Cir. 2006). Pending further order of the Court, the initial complaint shall remain under seal.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: November 2, 2026
New York, New York